United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3134

_____

| | | |
|---|---|---|
| Christopher Lee Meints; | * | |
| Laverne H. Meints, | * | |
| | * | |
| Appellants, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Clair Stone, Chief Collection Division; | * | District of Nebraska. |
| Patricia Price, Revenue Officer/Director; | * | [UNPUBLISHED] |
| Bruce Dethmer, District Director IRS, | * | |
| Milwaukee, Wisconsin; Jerome L. | * | |
| Frost, Reviewer, IRS; Linda Prettyman, | * | |
| IRS Employee; Robert E. Brazil, | * | |
| District Director IRS, Milwaukee, | * | |
| Wisconsin;   James Grant, District | * | |
| Director; Unknown Doe, 1 to 99, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  January 3, 1998

Filed: February 6, 1998

_____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit
Judges.

_____

PER CURIAM.

Christopher and Laverne Meints appeal from the district court's[1] dismissal of their action for failure to state a claim. Having reviewed the record and the parties' briefs, we conclude that the district court's judgment was correct and that an extended opinion is not warranted. See 8th Cir. R. 47B.

The judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, adopting the report and recommendations of the Honorable David L. Piester, United States Magistrate Judge for the District of Nebraska.